FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Ronnie Gladney**　　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Ronnie Gladney | S.S.# **xxx-xx-8707** |
| | (W) | S.S.# |
| ADDRESS: | **4304 Ashcreek Cove** | |
| | **Memphis, TN 38141** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **660.00**   (**Every Two Weeks**) | |
| PAYROLL DEDUCTION: | OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: **January 3, 2014** | |
| PLACE OF EMPLOYMENT: | **Memphis Area Transit Authority   1070 Levee Road, Memphis, TN 38108** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MONTHLY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| | | | | | |
|---|---|---|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | | |
| **City Ntl Bk/Ocwen Loan Service** | Ongoing pmt. Begin **April 1, 2014** | | | | $ **1,004.00** |
| | Approx. arrearage | $ **6,000.00** | Interest | **N/A** % | $ **100.00** |
| SECURED CREDITORS; | VALUE | | RATE OF | | MONTHLY |
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | | INTEREST | | PLAN PMT. |
| **Gm Financial** | $ 14,073.00 | | 5.25 % | | $ 234.55 |
| | $ | | % | | $ |

UNSECURED CREDITORS:　Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$19,324.00**

TERMINATION:　Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:　　**Jerome C. Payne 016243**
　　　　　　　　　　　　**Jerome C. Payne**
　　　　　　　　　　　　**PAYNE LAW FIRM**
　　　　　　　　　　　　**5501 Winchester Road, Ste. 2**
　　　　　　　　　　　　**Memphis, TN 38115**
　　　　　　　　　　　　**(901) 794-0884 Fax:(901) 433-0490**