# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

In Re:

                                                                 Case No.  13-33776-GWE

RONNIE GLADNEY

Debtor                                                                                                             Chapter 13

---

## MOTION TO MODIFY PLAN TO PROVIDE FOR IRS CLAIM

---

      The United States of America, a creditor acting through the Internal Revenue Service (IRS), moves pursuant to 11 U.S.C. § 1329(a) for modification of the plan confirmed in this case.  The United States asserts as follows in support of this motion:

      The IRS has an allowed claim in the amount of $11,161.57.

      The plan either makes no provision for the priority and secured IRS debt or the plan provides for monthly disbursement that are too low to fulfill the mandatory plan provisions for full repayment of those debts pursuant to 11 U.S.C. §§ 1322(a)(2) and 1325(b)(5)(B)(ii).  The insufficiency of the monthly disbursements precludes fulfillment of mandatory provisions of the plan.

      The United States is entitled to a modification that will increase monthly disbursements to the IRS to an amount that is sufficient to fulfill the mandatory provisions of the plan.

                                            Respectfully submitted,
                                            Edward L. Stanton III
                                            United States Attorney

                  By:     /s/ Barbara M. Zoccola
                          Barbara M. Zoccola (BPR #13020)
                          Assistant United States Attorney
                          167 N. Main, Suite 800
                          Memphis, Tennessee 38103

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and accurate copy of the foregoing has been mailed or otherwise hand-delivered to the debtor, debtor's attorney, and the trustee.

                    /s/ Barbara M. Zoccola
                    Barbara M. Zoccola
                    Date:  December 1, 2015